# PERINI & HOERGER
ATTORNEYS AT LAW
1770 MOTOR PARKWAY
SUITE 300
HAUPPAUGE, NEW YORK 11749

RAYMOND G. PERINI  (631) 232-2224
MAUREEN S. HOERGER  FAX (631) 232-2344
───────
Michael Castronovo

March 17, 2015

Hon. Kiyo Matsumoto
Untied States District Court
Eastern District of New York
Federal Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>**United States v. Gerstein**</u>
    **12-cr-051**

Dear Judge Matsumoto:

  I write to request an adjournment of sentencing with the consent of AUSA Sylvia Shweder. The current sentence date is April 1, 2015. I am requesting the end of July, at a date convenient to the court.

  The lead defendant in this case, Mair Faibish (*United States v. Faibish,* before Judge Vitaliano) is not scheduled to be sentenced until April 16, 2015, and currently has a motion for a Fatico hearing pending. Subsequent to the determination of this issue, I require time to prepare for sentencing.

  Thank you for your assistance in this matter.

            Sincerely,

            PERINI & HOERGER


            Raymond G. Perini

RGP:msh
CC: AUSA Shweder by ecf